UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

FANNY QUEVEDO and
CARLOS QUEVEDO, her husband,

    Plaintiff,

vs.

IBERIA LINEAS AEREAS DE ESPANA
SOCIEDAD ANONIMA OPERADORA CO.

    Defendant.

_____/

## COMPLAINT

    Plaintiffs sues Defendant and allege:

    1.    This action seeks damages in excess of $75,000.00, exclusive of interest and costs.

    2.    The Plaintiffs are husband and wife and citizens of the United States residing in Miami-Dade County, Florida.

    3.    The Defendant, Iberia Lineas Aereas De Espana Sociedad Anonima Operadora Co.("Iberia") is an air carrier and a foreign corporation with its principal place of business in a place other than Florida, but which is authorized to do and doing business in Miami-Dade County, Florida. Defendant has a registered agent for service of process within the State of Florida.

    4.    Jurisdiction is founded on the federal question provision of the United States Code, 28 USC Section 1331, and the Montreal Convention, Convention for the Unification

---

MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

of Certain Rules for International Carriage by Air, opened for signature on 28 May 1999, reprinted in S. Treaty Doc. 106-45, 1999 WL 333292734 (Treaty).  Jurisdiction also exists under the diversity of citizenship provisions of 28 U.S.C. Section 1332.

5. Venue in this District is proper because the Defendant is subject to personal jurisdiction here.  The action is also properly brought here under the terms of the Montreal Convention.

6. Prior to May 14, 2015, Plaintiff Fanny Quevedo ("Fanny") had purchased a ticket as a passenger for international air travel aboard Iberia. Her ticketed itinerary departed Miami International Airport (MIA) for Madrid's Aeropuerto De Madrid Barajas (MAD) on Iberia flight 6124, connecting in Madrid to Iberia flight 3250 for Milan's Aeroporto Linate (LIN), where she was scheduled to arrive the morning of May 15, 2015. She was scheduled to return to Miami (MIA) from Madrid (MAD) on Iberia flight 6117 on May 27, 2015. This travel constituted an airline ticket for international travel among signatory Nations to the Montreal Convention.  The ticket was purchased in Florida. Copies of those portions of the travel documents that are in Plaintiffs' possession are appended hereto as Exhibit A.

7. En route to Milan, two incidents occurred during the flights giving rise to Defendant's liability for damages under the Montreal Convention.  First, on the initial flight from Miami to Madrid, another passenger opened an overhead bin causing a heavy tripod to drop on Fanny, striking her in the hip. She was in pain from this throughout the overnight flight, and unable to sleep as a result. Second, on the flight from Madrid to Milan, there were occasions of severe turbulence on the aircraft as it approached the airport for landing. These were of sufficient violence that Fanny and at least one flight attendant were thrown

2

_____
MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

up to the ceiling of the aircraft as the aircraft bucked and fell.  The nature of the turbulence and other events on the aircraft constituted an accident within the meaning of the Montreal Convention.

8. As a direct and proximate result of the accident, Plaintiff suffered severe bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing expenses, care and treatment, and aggravation of a previously existing condition.  Among other things, she had multiple surgeries following the accident, now has metal hardware connecting four vertebrae in her mid and lower back and two vertabrae in her cervical area, as well as hardware in her ankle from injuries she suffered. The losses are permanent and continuing and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiffs sue Defendant for damages, and demand trial by jury.

DATED:      March 29, 2017.

Respectfully submitted,

**MICHAEL S. OLIN, P.A.**
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, Florida  33131
(305) 677-5088 / Fax (305) 677-5089


By:     s/Michael  S. Olin
        MICHAEL S. OLIN
        Florida Bar No. 220310
        molin@olinlawfirm.com
        igarcia@olinlawfirm.com

# EXHIBIT A

**IBERIA**

IBERIA LINEAS AEREAS
TARJETA DE EMBARQUE (Boarding Pass)

Nombre/Name
QUEVEDO/FANNYLEONO

De/From
MADRID                MAD
MILAN                 LIN

Vuelo/Flight Clase/Class Fecha/Date Salida/Dep
IB 3250    G        15MAY  09:15

Puerta/Gate  Embarque/Boarding  Asiento/Seat
HJK          08:45              30F

Equipaje/Baggage   Seq/Bn
1  1  1   107      0075070929001

MAD-TERMINAL 4
ETKT 075 2360845745
WCHR

---

**IBERIA**

IBERIA LINEAS AEREAS
TARJETA DE EMBARQUE (Boarding Pass)

ETKT 075 2360845745

QUEVEDO/FANNYLEONO
IB 3250 G 15MAY09:15
MADRID      MAD
MILAN       LIN

Embarque empieza   Embarque termina   Puerta embarque   Asiento
Boarding begins    Boarding ends      Boarding gate     Seat
30 min.            10 min.            HJK               30F
Antes de la salida                    Zona embarque     ¿NO
Prior to departure time               Boarding zone

Observaciones/Remarks

Equipaje/Baggage   Seq/Bn             Etiqueta/Tag Number
1  1  1   107      0075070929001
MAD-TERMINAL 4   WCHR

**GRUPO A**

IB007348  14MAY15 US MIAMI
POR FAVOR CONFIRME PUERTA EMBARQUE
(PLEASE CONFIRM BOARDING GATE)
EMD   EXC   FIM

VISTA SOUTH AMERICA TRAVEL
12405 NE 6TH AV
NORTH MIAMI BEACH    FL 33161
TELEPHONE: 305 266 3029

GROUP NAMED: **TURIN TWO**

Record Locator    Z8T8SE   ( Original PNR

Flight details

| Service | From | To | |
|---|---|---|---|
| IB6124( Iberia ) Economy | Miami Intl (MIA) | Aeropuerto De Madrid Barajas (MAD) | (G), |
| 14 May 15 | Miami 17:10 | Madrid 07:50 | No Stops Duration: 8:40 Equipment: 333 |
| | Reservation Confirmed | | Baggage:1 PC |
| IB3250( Iberia ) Economy | Aeropuerto De Madrid Barajas (MAD) | Aeroporto Linate (LIN) | (G), |
| 15 May 15 | Madrid 09:15 | Milan 11:20 | No Stops Duration: 2:05 Equipment: 321 |
| | Reservation Confirmed | | Baggage:1 PC |
| IB6117( Iberia ) Economy | Aeropuerto De Madrid Barajas (MAD) | Miami Intl (MIA) | (G), |
| 27 May 15 | Madrid 16:25 | Miami 20:15 | No Stops Duration: 9:50 Equipment: 333 |
| | Reservation Confirmed | | Baggage:1 PC |

**FANNY LEONOR QUEVEDO**          075-2360845745 (ORIG)

LOS PASAJES NO SON REEMBOLSABLES
CUALQUIER CAMBIO ESTA SUJETO A LAS  REGLAS DE LA LINEA AEREA
PASAPORTE DEBE TENER MINIMO UNA VIGENCIA DE 6 MESES
PASAJEROS SON RESPONSABLES POR ADQUIRIR SUS VISADOS
POR FAVOR VERIFIQUE VUELOS, FECHAS Y HORAS
AL RECIBIR SUS DOCUMENTOS