United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Fanny Quevedo and Carlos Quevedo, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 17-21168-Civ-Scola ) |
| Iberia Lineas Aereas de España, Sociedad Anónima Operadora Co., Defendant. | ) ) ) ) |

### **Order Adopting Magistrate Judge's Report And Recommendation**

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion to tax costs (ECF Nos. 175, 176). On March 25, 2019, Judge Torres issued a report, recommending that the Court grant the motion, and award the Plaintiffs costs in the amount of $60,718.56. (Report, ECF No. 185.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling. The Court therefore **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 185**).

The Court finds that the Plaintiffs are entitled to interest on the costs award, calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment, or January 22, 2019. *See, e.g.*, *BankAtlantic v. Blythe Eastman Paine Webber, Inc.*, 12 F.3d 1045, 1053 (11th Cir. 1994) ("Supreme Court and this circuit's precedent is clear: When a district court taxes costs against a losing party, the award of costs bears interest from the date of the original judgment." (internal quotation marks and citations omitted)); *Spatz v. Microtel Inns & Suites Franchising, Inc.*, No. 11–60509–CIV, 2012 WL 1587663, at *8 (S.D. Fla. May 4, 2012) (Rosenbaum, Mag. J.) ("The Eleventh Circuit, recognizing that § 1961(a) applies to awards of costs, has held that interest shall accrue on taxable costs from the date the court entered final judgment." (internal quotation marks and alterations omitted)).

Accordingly, the Court **grants** the Plaintiffs' motion (**ECF No. 175**). The Court awards **$60,718.56** in costs, plus interest, to the Plaintiffs, Fanny and Carlos Quevedo, to be paid by the Defendant, Iberia Lineas Aereas de España, Sociedad Anónima Operadora Co.

**Done and ordered** at Miami, Florida on July 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge