UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21168-RNS/TORRES

FANNY QUEVEDO and
CARLOS QUEVEDO, her husband,

    Plaintiffs,

vs.

IBERIA, LINEAS AEREAS DE ESPANA,
S.A. OPERADORA UNIPERSONAL,

    Defendant
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, on January 22, 2019 a judgment was entered in favor of claimant in this action for the sum of USD $11,750.00, and said judgment has been fully paid to claimant,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of Florida

THEREFORE, satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: August 12, 2020.

*/s/ Michael S. Olin*

MICHAEL S. OLIN
**BUCKNER + MILES**
3350 Mary Street
Miami, Florida 33133
(305) 964-8003 / Fax (786) 523-0485
molin@bucknermiles.com
*Attorney for Plaintiff, Fanny Quevedo*

Sworn to before me on this 12th day of August, 2020.

_____
NOTARY PUBLIC

Personally Known: ✓

Provided ID: _____

ISMARY GARCIA
MY COMMISSION # GG 330898
EXPIRES: July 25, 2023
Bonded Thru Notary Public Underwriters

ISMARY GARCIA
MY COMMISSION # GG 326636
EXPIRES: July 25, 2023
Bonded Thru Notary Public Underwriters